IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02365-GPG

**MAURICE WILSON**,

    Plaintiff,

v.

**THERESA COZZA-RHODES;**
**M. RIOS;**
**ERIC EARWIN;**
**DONALD WILCOX;**
**JESSICA SEATON;**
**J. GARDNER;**
**PAUL ZOHN;**
**FEDERAL BUREAU OF PRISONS;**
**PAUL LAIRD;** and
**JOSE SANTANA**,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR DISTRICT JUDGE LEWIS T. BABCOCK

    Pursuant to the October 30, 2015 Order, Plaintiff has submitted an Amended Complaint as an attachment to his Objections and Motion for Reconsideration (ECF No. 6). The Clerk of Court is directed to file the attachment as an Amended Complaint. The Objections and Motion for Reconsideration (ECF No. 6) are **DENIED** as moot.

Dated: November 18, 2015